# EXHIBIT B.1

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | | |
|---|---|---|
| RAISSA DJUISSI KENGNE | ) | |
| | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| WESLEY FREEMAN; BDO USA, LLP; SCOTT | ) | CIVIL ACTION FILE |
| MEIER; PAUL DAVISON; JASON CUDA; | ) | |
| | ) | _____ |
| JUSTIN WILKES; ANTHONY REH; | ) | |
| PETER POPPO; MARK DAVENPORT; | ) | |
| JOHNSON WONG; JUSTIN MUNGAL, | ) | |
| | ) | |
| BEACON MANAGEMENT SERVICES, LLC; | ) | |
| LISA SIMMONS; STEVEN WEIBEL; | ) | |
| 1280 WEST CONDOMINIUM ASSOCIATION; | ) | |
| MICHAEL SHINNERS; MICHAH | ) | |
| KURTZBERG; RONNIE BRIDGES; BRETT | ) | |
| DETTMERING; MICHAEL SHAFFER; | ) | |
| ROHAN RUPANI, | ) | |
| | ) | |
| FINCH MCCRANIE; MICHAEL SULLIVAN; | ) | |
| WALTER JOSPIN; | ) | |
| | ) | |
| and | ) | |
| | ) | |
| INTERFACE, INC; | ) | |
| ATLANTICUS HOLDINGS CORPORATION; | ) | |
| SPAR GROUP, INC (NMS SPAR); | ) | |
| BIOHORIZONS IMPLANT SYSTEM, INC. | ) | |
| (an Henry Schein Subsidiary); KAS NADERI | ) | |
| | ) | |
| Defendants. | ) | |

## <u>CERTIFICATION OF CONSENT TO REMOVAL</u>

Defendant BDO USA, LLP, by and through undersigned counsel, and pursuant to Fed. R. Civ. P. 11(b) and 28 U.S.C. § 1446(b)(2)(A), hereby certifies that Defendant Justin Mungal consents to the removal of the action filed by *pro se* Plaintiff Raissa Djuissi Kengne in the Superior Court of Fulton County, Georgia, Case No. 2022-cv-365268 to the United States District Court for the Northern District of Georgia, Atlanta Division, as evidenced by the signature of his counsel below.

By consenting to removal of this action to the District Court for the Northern District of Georgia, Justin Mungal does not imply or concede that they were properly joined and served in this matter. Justin Mungal provides this consent to removal without waiver of or prejudice to his ability to assert any defenses in this matter, including but not limited to insufficient process (Fed. R. Civ. P. 12(b)(4)) and insufficient service of process ((Fed. R. Civ. P. 12(b)(5)).

This 5th day of July 2022.

/s/ Shane Nichols
Shane Nichols (Georgia Bar No. 542654)

McDermott Will & Emery LLP
1180 Peachtree Street, NE
Atlanta, GA 30309
Telephone:  404-260-8553
E-mail:  shanenichols@mwe.com

*Counsel for Defendants BDO USA,
LLP; Wesley Freeman; Scott Meier;
Paul Davison; Jason Cuda; Justin
Wilkes; Anthony Reh; Peter Popo;
Marc Davenport; and Johnson
Wong*

CONSENT TO REMOVAL

 /s/ William Daniel Davis
William Daniel Davis
Georgia Bar No: 746811
ddavis@ichterdavis.com

Ichter Davis, LLC
3340 Peachtree Rd NE #1530
Atlanta GA 30326
Telephone: 404-869-5261
Email: ddavis@ichterdavis.com

**Counsel for Justin Mungal.**

# EXHIBIT B.2

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| RAISSA DJUISSI KENGNE | ) |
| | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| WESLEY FREEMAN; BDO USA, LLP; SCOTT | ) |
| MEIER; PAUL DAVISON; JASON CUDA; | )   CIVIL ACTION FILE |
| | )   _____ |
| JUSTIN WILKES; ANTHONY REH; | ) |
| PETER POPPO; MARK DAVENPORT; | ) |
| JOHNSON WONG; JUSTIN MUNGAL, | ) |
| | ) |
| BEACON MANAGEMENT SERVICES, LLC; | ) |
| LISA SIMMONS; STEVEN WEIBEL; | ) |
| 1280 WEST CONDOMINIUM ASSOCIATION; | ) |
| MICHAEL SHINNERS; MICHAH | ) |
| KURTZBERG; RONNIE BRIDGES; BRETT | ) |
| DETTMERING; MICHAEL SHAFFER; | ) |
| ROHAN RUPANI, | ) |
| | ) |
| FINCH MCCRANIE; MICHAEL SULLIVAN; | ) |
| WALTER JOSPIN; | ) |
| | ) |
| and | ) |
| | ) |
| INTERFACE, INC; | ) |
| ATLANTICUS HOLDINGS CORPORATION; | ) |
| SPAR GROUP, INC (NMS SPAR); | ) |
| BIOHORIZONS IMPLANT SYSTEM, INC. | ) |
| (an Henry Schein Subsidiary); KAS NADERI | ) |
| | ) |
| Defendants. | ) |

## <u>CERTIFICATION OF CONSENT TO REMOVAL</u>

Defendant BDO USA, LLP, by and through undersigned counsel, and pursuant to Fed. R. Civ. P. 11(b) and 28 U.S.C. § 1446(b)(2)(A), hereby certifies that Defendants Beacon Management Services, LLC, Lisa Simmons, Steven Weibel, 1280 West Condominium Association, Michael Shinners, Micah Kurtzberg, Ronnie Bridges, Brett Dettmering, Michael Shaffer, and Rohan Rupani (collectively, "Beacon Management and 1280 Condo Defendants") consent to the removal of the action filed by *pro se* Plaintiff Raissa Djuissi Kengne in the Superior Court of Fulton County, Georgia, Case No. 2022-cv-365268 to the United States District Court for the Northern District of Georgia, Atlanta Division, as evidenced by the signature of their counsel below.

By consenting to removal of this action to the District Court for the Northern District of Georgia, the Beacon Management and 1280 Condo Defendants do not imply or concede that they were properly joined and served in this matter. The Beacon Management and 1280 Condo Defendants provide this consent to removal without waiver of or prejudice to their ability to assert any defenses in this matter, including but not limited to insufficient process (Fed. R. Civ. P. 12(b)(4)) and insufficient service of process ((Fed. R. Civ. P. 12(b)(5)).

This 5th day of July 2022.

/s/ Shane Nichols
Shane Nichols (Georgia Bar No. 542654)

McDermott Will & Emery LLP
1180 Peachtree Street, NE
Atlanta, GA 30309
Telephone:  404-260-8553
E-mail:  shanenichols@mwe.com

*Counsel for Defendants BDO USA,
LLP; Wesley Freeman; Scott Meier;
Paul Davison; Jason Cuda; Justin
Wilkes; Anthony Reh; Peter Popo;
Marc Davenport; and Johnson
Wong*

CONSENT TO REMOVAL

/s/ Jason LoMonaco
Jason LoMonaco
Georgia Bar No: 141836
jason@nowackhoward.com

Nowack Howard
One Alliance Center, Suite 1650,
3500 Lenox Road NE,
Atlanta GA 30326
Telephone: 631-777-5345
Email: jason@nowackhoward.com

**Counsel for Beacon Management
Services, LLC, Lisa Simmons, Steven
Weibel, 1280 West Condominium
Association, Michael Shinners, Micah
Kurtzberg, Ronnie Bridges, Brett
Dettmering, Michael Shaffer, and
Rohan Rupani**

# EXHIBIT B.3

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| RAISSA DJUISSI KENGNE | ) |
| | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| WESLEY FREEMAN; BDO USA, LLP; SCOTT | ) |
| MEIER; PAUL DAVISON; JASON CUDA; | )   CIVIL ACTION FILE |
| | )   _____ |
| JUSTIN WILKES; ANTHONY REH; | ) |
| PETER POPPO; MARK DAVENPORT; | ) |
| JOHNSON WONG; JUSTIN MUNGAL, | ) |
| | ) |
| BEACON MANAGEMENT SERVICES, LLC; | ) |
| LISA SIMMONS; STEVEN WEIBEL; | ) |
| 1280 WEST CONDOMINIUM ASSOCIATION; | ) |
| MICHAEL SHINNERS; MICHAH | ) |
| KURTZBERG; RONNIE BRIDGES; BRETT | ) |
| DETTMERING; MICHAEL SHAFFER; | ) |
| ROHAN RUPANI, | ) |
| | ) |
| FINCH MCCRANIE; MICHAEL SULLIVAN; | ) |
| WALTER JOSPIN; | ) |
| | ) |
| and | ) |
| | ) |
| INTERFACE, INC; | ) |
| ATLANTICUS HOLDINGS CORPORATION; | ) |
| SPAR GROUP, INC (NMS SPAR); | ) |
| BIOHORIZONS IMPLANT SYSTEM, INC. | ) |
| (an Henry Schein Subsidiary); KAS NADERI | ) |
| | ) |
| Defendants. | ) |

## <u>CERTIFICATION OF CONSENT TO REMOVAL</u>

Defendant BDO USA, LLP, by and through undersigned counsel, and pursuant to Fed. R. Civ. P. 11(b) and 28 U.S.C. § 1446(b)(2)(A), hereby certifies that Defendants Finch McCranie, Michael Sullivan and Walter Jospin, (collectively, "Finch McCranie Defendants") consent to the removal of the action filed by *pro se* Plaintiff Raissa Djuissi Kengne in the Superior Court of Fulton County, Georgia, Case No. 2022-cv-365268 to the United States District Court for the Northern District of Georgia, Atlanta Division, as evidenced by the signature of their counsel below.

By consenting to removal of this action to the District Court for the Northern District of Georgia, the Finch McCranie Defendants do not imply or concede that they were properly joined and served in this matter. The Finch McCranie Defendants provide this consent to removal without waiver of or prejudice to their ability to assert any defenses in this matter, including but not limited to insufficient process (Fed. R. Civ. P. 12(b)(4)) and insufficient service of process ((Fed. R. Civ. P. 12(b)(5)).

This 5th day of July 2022.

/s/ Shane Nichols
Shane Nichols (Georgia Bar No. 542654)

McDermott Will & Emery LLP
1180 Peachtree Street, NE
Atlanta, GA 30309
Telephone:  404-260-8553
E-mail:  shanenichols@mwe.com

*Counsel for Defendants BDO USA,
LLP; Wesley Freeman; Scott Meier;
Paul Davison; Jason Cuda; Justin
Wilkes; Anthony Reh; Peter Popo;
Marc Davenport; and Johnson
Wong*

CONSENT TO REMOVAL

/s/ Kathryn S. Whitlock
Kathryn S. ("Kate") Whitlock
Georgia Bar No: 756233
kwhitlock@wshblaw.com

Wood Smith Henning & Berman LLP
1230 Peachtree Street, NE, Suite 925
Atlanta, GA 30309
Telephone: 470-552-1172
Email: kwhitlock@wshblaw.com

**Counsel for Finch McCranie, Michael
Sullivan and Walter Jospin**

# EXHIBIT B.4

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | | |
|---|---|---|
| RAISSA DJUISSI KENGNE | ) | |
| | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| WESLEY FREEMAN; BDO USA, LLP; SCOTT | ) | CIVIL ACTION FILE |
| MEIER; PAUL DAVISON; JASON CUDA; | ) | |
| | ) | _____ |
| JUSTIN WILKES; ANTHONY REH; | ) | |
| PETER POPPO; MARK DAVENPORT; | ) | |
| JOHNSON WONG; JUSTIN MUNGAL, | ) | |
| | ) | |
| BEACON MANAGEMENT SERVICES, LLC; | ) | |
| LISA SIMMONS; STEVEN WEIBEL; | ) | |
| 1280 WEST CONDOMINIUM ASSOCIATION; | ) | |
| MICHAEL SHINNERS; MICHAH | ) | |
| KURTZBERG; RONNIE BRIDGES; BRETT | ) | |
| DETTMERING; MICHAEL SHAFFER; | ) | |
| ROHAN RUPANI, | ) | |
| | ) | |
| FINCH MCCRANIE; MICHAEL SULLIVAN; | ) | |
| WALTER JOSPIN; | ) | |
| | ) | |
| and | ) | |
| | ) | |
| INTERFACE, INC; | ) | |
| ATLANTICUS HOLDINGS CORPORATION; | ) | |
| SPAR GROUP, INC (NMS SPAR); | ) | |
| BIOHORIZONS IMPLANT SYSTEM, INC. | ) | |
| (an Henry Schein Subsidiary); KAS NADERI | ) | |
| | ) | |
| Defendants. | ) | |

## <u>CERTIFICATION OF CONSENT TO REMOVAL</u>

Defendant BDO USA, LLP, by and through undersigned counsel, and pursuant to Fed. R. Civ. P. 11(b) and 28 U.S.C. § 1446(b)(2)(A), hereby certifies that Defendant Interface, Inc. consents to the removal of the action filed by *pro se* Plaintiff Raissa Djuissi Kengne in the Superior Court of Fulton County, Georgia, Case No. 2022-cv-365268 to the United States District Court for the Northern District of Georgia, Atlanta Division, as evidenced by the signature of its counsel below.

By consenting to removal of this action to the District Court for the Northern District of Georgia, Interface, Inc. does not imply or concede that they were properly joined and served in this matter. Interface, Inc. provides this consent to removal without waiver of or prejudice to its ability to assert any defenses in this matter, including but not limited to insufficient process (Fed. R. Civ. P. 12(b)(4)) and insufficient service of process ((Fed. R. Civ. P. 12(b)(5)).

This 5th day of July 2022.

/s/ Shane Nichols
Shane Nichols (Georgia Bar No. 542654 )

McDermott Will & Emery LLP
1180 Peachtree Street, NE
Atlanta, GA 30309
Telephone:  404-260-8553
E-mail:  shanenichols@mwe.com

*Counsel for Defendants BDO USA,
LLP; Wesley Freeman; Scott Meier;
Paul Davison; Jason Cuda; Justin
Wilkes; Anthony Reh; Peter Popo;
Marc Davenport; and Johnson
Wong*

<u>CONSENT TO REMOVAL</u>

/s/ Stephen E. Hudson
Stephen E. Hudson
Georgia Bar No: 374692
shudson@kilpatricktownsend.com

Kilpatrick Townsend & Stockton LLP
1100 Peachtree Street NE, Suite 2800
Atlanta, GA  30309-4528
Telephone:  404 815 6356
E-mail: shudson@kilpatricktownsend.com

**Counsel for Interface, Inc.**

# EXHIBIT B.5

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| RAISSA DJUISSI KENGNE | ) |
| | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| WESLEY FREEMAN; BDO USA, LLP; SCOTT | ) |
| MEIER; PAUL DAVISON; JASON CUDA; | )     CIVIL ACTION FILE |
| | )     _____ |
| JUSTIN WILKES; ANTHONY REH; | ) |
| PETER POPPO; MARK DAVENPORT; | ) |
| JOHNSON WONG; JUSTIN MUNGAL, | ) |
| | ) |
| BEACON MANAGEMENT SERVICES, LLC; | ) |
| LISA SIMMONS; STEVEN WEIBEL; | ) |
| 1280 WEST CONDOMINIUM ASSOCIATION; | ) |
| MICHAEL SHINNERS; MICHAH | ) |
| KURTZBERG; RONNIE BRIDGES; BRETT | ) |
| DETTMERING; MICHAEL SHAFFER; | ) |
| ROHAN RUPANI, | ) |
| | ) |
| FINCH MCCRANIE; MICHAEL SULLIVAN; | ) |
| WALTER JOSPIN; | ) |
| | ) |
| and | ) |
| | ) |
| INTERFACE, INC; | ) |
| ATLANTICUS HOLDINGS CORPORATION; | ) |
| SPAR GROUP, INC (NMS SPAR); | ) |
| BIOHORIZONS IMPLANT SYSTEM, INC. | ) |
| (an Henry Schein Subsidiary); KAS NADERI | ) |
| | ) |
| Defendants. | ) |

## <u>CERTIFICATION OF CONSENT TO REMOVAL</u>

Defendant BDO USA, LLP, by and through undersigned counsel, and pursuant to Fed. R. Civ. P. 11(b) and 28 U.S.C. § 1446(b)(2)(A), hereby certifies that Defendants Atlanticus Holdings Corporation and Kas Naderi consent to the removal of the action filed by *pro se* Plaintiff Raissa Djuissi Kengne in the Superior Court of Fulton County, Georgia, Case No. 2022-cv-365268 to the United States District Court for the Northern District of Georgia, Atlanta Division, as evidenced by the signatures of their counsel below.

By consenting to removal of this action to the District Court for the Northern District of Georgia, Atlanticus Holdings Corporation and Kas Naderi do not imply or concede that they were properly joined and served in this matter. Atlanticus Holdings Corporation and Kas Naderi provide this consent to removal without waiver of or prejudice to their ability to assert any defenses in this matter, including but not limited to insufficient process (Fed. R. Civ. P. 12(b)(4)) and insufficient service of process ((Fed. R. Civ. P. 12(b)(5)).

This 5th day of July 2022.

/s/ Shane Nichols
Shane Nichols (Georgia Bar No. 542654)

McDermott Will & Emery LLP
1180 Peachtree Street, NE
Atlanta, GA 30309
Telephone:  404-260-8553
E-mail:  shanenichols@mwe.com

*Counsel for Defendants BDO USA, LLP; Wesley Freeman; Scott Meier; Paul Davison; Jason Cuda; Anthony Reh; Peter Popo; Marc Davenport; and Johnson Wong*

CONSENT TO REMOVAL

/s/ Mary M. Weeks
Mary M. Weeks
Georgia Bar No. 559181
mary.weeks@troutman.com

TROUTMAN PEPPER HAMILTON
SANDERS LLP
600 Peachtree Street NE, Suite 3000
Atlanta, GA 30308
Telephone : 404-885-3634
mary.weeks@troutman.com

***Counsel for Atlanticus Holdings Corporation and Kas Naderi***

# EXHIBIT B.6

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | | |
|---|---|---|
| RAISSA DJUISSI KENGNE | ) | |
| | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| WESLEY FREEMAN; BDO USA, LLP; SCOTT | ) | CIVIL ACTION FILE |
| MEIER; PAUL DAVISON; JASON CUDA; | ) | |
| | ) | _____ |
| JUSTIN WILKES; ANTHONY REH; | ) | |
| PETER POPPO; MARK DAVENPORT; | ) | |
| JOHNSON WONG; JUSTIN MUNGAL, | ) | |
| | ) | |
| BEACON MANAGEMENT SERVICES, LLC; | ) | |
| LISA SIMMONS; STEVEN WEIBEL; | ) | |
| 1280 WEST CONDOMINIUM ASSOCIATION; | ) | |
| MICHAEL SHINNERS; MICHAH | ) | |
| KURTZBERG; RONNIE BRIDGES; BRETT | ) | |
| DETTMERING; MICHAEL SHAFFER; | ) | |
| ROHAN RUPANI, | ) | |
| | ) | |
| FINCH MCCRANIE; MICHAEL SULLIVAN; | ) | |
| WALTER JOSPIN; | ) | |
| | ) | |
| and | ) | |
| | ) | |
| INTERFACE, INC; | ) | |
| ATLANTICUS HOLDINGS CORPORATION; | ) | |
| SPAR GROUP, INC (NMS SPAR); | ) | |
| BIOHORIZONS IMPLANT SYSTEM, INC. | ) | |
| (an Henry Schein Subsidiary); KAS NADERI | ) | |
| | ) | |
| Defendants. | ) | |

## <u>CERTIFICATION OF CONSENT TO REMOVAL</u>

Defendant BDO USA, LLP, by and through undersigned counsel, and pursuant to Fed. R. Civ. P. 11(b) and 28 U.S.C. § 1446(b)(2)(A), hereby certifies that Defendant SPAR Group, Inc.[1], consents to the removal of the action filed by *pro se* Plaintiff Raissa Djuissi Kengne in the Superior Court of Fulton County, Georgia, Case No. 2022-cv-365268 to the United States District Court for the Northern District of Georgia, Atlanta Division, as evidenced by the signature of its counsel below.

By consenting to removal of this action to the District Court for the Northern District of Georgia, SPAR Group, Inc., does not imply or concede that it was properly joined and served in this matter. SPAR Group, Inc., provides this consent to removal without waiver of or prejudice to its ability to assert any defenses in this matter, including but not limited to, insufficient process (Fed. R. Civ. P. 12(b)(4)) and insufficient service of process ((Fed. R. Civ. P. 12(b)(5)).

---

[1] It is unclear whether Plaintiff has named SPAR Group, Inc., or its 51% owned joint business venture, National Merchandising Services, LLC, or either, as a Defendant in this matter. SPAR Group Inc.'s General Counsel, Lawrence David Swift (the signatory below to this Consent to Removal), speaking on behalf and with the consent of both SPAR Group, Inc., and National Merchandising Services, LLC, and without acknowledging the involvement of either such company, authorizes and signs this consent to removal as to both parties.

This 5th day of July 2022.

/s/ *Shane Nichols*
Shane Nichols (Georgia Bar No. 542654)

McDermott Will & Emery LLP
1180 Peachtree Street, NE
Atlanta, GA 30309
Telephone:  404-260-8553
E-mail:  shanenichols@mwe.com

*Counsel for Defendants BDO USA,*
*LLP; Wesley Freeman; Scott Meier;*
*Paul Davison; Jason Cuda; Justin*
*Wilkes; Anthony Reh; Peter Popo;*
*Marc Davenport; and Johnson*
*Wong*

CONSENT TO REMOVAL

*Larry David Swift*
_____
Lawrence David Swift
General Counsel
SPAR Group, Inc.

SPAR Group, Inc.
National Merchandising Services, LLC
Telephone: 212-704-6000
Email: ldswift@sparinc.com

**Counsel for SPAR Group, Inc.**

# EXHIBIT B.7

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| RAISSA DJUISSI KENGNE | ) |
| | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| WESLEY FREEMAN; BDO USA, LLP; SCOTT | ) |
| MEIER; PAUL DAVISON; JASON CUDA; | ) |
| | ) |
| JUSTIN WILKES; ANTHONY REH; | ) |
| PETER POPPO; MARK DAVENPORT; | ) |
| JOHNSON WONG; JUSTIN MUNGAL, | ) |
| | ) |
| BEACON MANAGEMENT SERVICES, LLC; | ) |
| LISA SIMMONS; STEVEN WEIBEL; | ) |
| 1280 WEST CONDOMINIUM ASSOCIATION; | ) |
| MICHAEL SHINNERS; MICHAH | ) |
| KURTZBERG; RONNIE BRIDGES; BRETT | ) |
| DETTMERING; MICHAEL SHAFFER; | ) |
| ROHAN RUPANI, | ) |
| | ) |
| FINCH MCCRANIE; MICHAEL SULLIVAN; | ) |
| WALTER JOSPIN; | ) |
| | ) |
| and | ) |
| | ) |
| INTERFACE, INC; | ) |
| ATLANTICUS HOLDINGS CORPORATION; | ) |
| SPAR GROUP, INC (NMS SPAR); | ) |
| BIOHORIZONS IMPLANT SYSTEM, INC. | ) |
| (an Henry Schein Subsidiary); KAS NADERI | ) |
| | ) |
| Defendants. | ) |

CIVIL ACTION FILE

_____

## <u>CERTIFICATION OF CONSENT TO REMOVAL</u>

Defendant Biohorizons Implant Systems, Inc., by and through undersigned counsel, and pursuant to Fed. R. Civ. P. 11(b) and 28 U.S.C. § 1446(b)(2)(A), hereby consents to the removal of the action filed by *pro se* Plaintiff Raissa Djuissi Kengne in the Superior Court of Fulton County, Georgia, Case No. 2022-cv-365268 to the United States District Court for the Northern District of Georgia, Atlanta Division, as evidenced by the signature of its counsel below.

By consenting to removal of this action to the District Court for the Northern District of Georgia, Biohorizons Implant Systems, Inc. does not imply or concede that it was properly joined and served in this matter.  Biohorizons Implant Systems, Inc. provides this consent to removal without waiver of or prejudice to its ability to assert any defenses in this matter, including but not limited to insufficient process (Fed. R. Civ. P. 12(b)(4)) and insufficient service of process ((Fed. R. Civ. P. 12(b)(5)).

This 5th day of July 2022.

/s/ Shane Nichols
Shane Nichols (Georgia Bar No. 542654)

McDermott Will & Emery LLP
1180 Peachtree Street, NE
Atlanta, GA 30309
Telephone:  404-260-8553
E-mail:  shanenichols@mwe.com

*Counsel for Defendants BDO USA,
LLP; Wesley Freeman; Scott Meier;
Paul Davison; Jason Cuda; Justin
Wilkes; Anthony Reh; Peter Popo;
Marc Davenport; and Johnson
Wong*

CONSENT TO REMOVAL

/s/ Elizabeth J. Cambell
Elizabeth J. Campbell
Georgia Bar No. 349249
ecampbell@lockelord.com

Locke Lord LLP
Terminus 200, Suite 1200
3333 Piedmont Road NE
Atlanta , GA 30305
Telephone: 404-870-4600
ecampbell@lockelord.com

John P. McDonald
Texas Bar No. 13549090
Madeleine E. Brunner
Texas Bar No. 24105547
Locke Lord LLP
2200 Ross Avenue, Suite 2800
Dallas, TX  75201
Telephone:  (214) 740-8000

jmcdonald@lockelord.com
maddie.brunner@lockelord.com

***Counsel for Defendant BioHorizons
Implant Systems, Inc.***