# **EXHIBIT C**

# IN THE SUPERIOR COURT OF FULTON COUNTY
# STATE OF GEORGIA

| | |
|---|---|
| RAISSA DJUISSI KENGNE<br><br>Plaintiff,<br><br>v.<br><br>WESLEY FREEMAN; BDO USA, LLP; SCOTT MEIER; PAUL DAVISON; JASON CUDA;<br><br>JUSTIN WILKES; ANTHONY REH; PETER POPPO; MARK DAVENPORT; JOHNSON WONG; JUSTIN MUNGAL,<br><br>BEACON MANAGEMENT SERVICES, LLC; LISA SIMMONS; STEVEN WEIBEL; 1280 WEST CONDOMINIUM ASSOCIATION; MICHAEL SHINNERS; MICHAH KURTZBERG; RONNIE BRIDGES; BRETT DETTMERING; MICHAEL SHAFFER; ROHAN RUPANI,<br><br>FINCH MCCRANIE; MICHAEL SULLIVAN; WALTER JOSPIN;<br><br>and<br><br>INTERFACE, INC; ATLANTICUS HOLDINGS CORPORATION; SPAR GROUP, INC (NMS SPAR); BIOHORIZONS IMPLANT SYSTEM, INC. (an Henry Schein Subsidiary); KAS NADERI<br><br>Defendants. | CIVIL ACTION FILE NO.<br><br>2022-cv-365268 |

2

## NOTICE OF FILING NOTICE OF REMOVAL

PLEASE TAKE NOTICE that Defendant BDO USA, LLP filed a Notice of Removal in the United States District Court for the Northern District of Georgia, Atlanta Division, on the 5th day of July, 2022, thereby causing this action to be removed from the Superior Court of Fulton County, Georgia to the United States District Court for the Northern District of Georgia, Atlanta Division.  Pursuant to 28 U.S.C. § 1446(d), this Court shall proceed no further.

A copy of the filed Notice of Removal, excluding the Exhibits, is attached as Exhibit 1 to this Notice.

Dated:  July 5, 2022.

                                                  Respectfully submitted,
                                                  */s/ Shane Nichols*
                                                  Shane Nichols (Georgia Bar No. 542654)

McDermott Will & Emery LLP
1180 Peachtree Street, NE
Atlanta, GA 30309
Telephone:  404-260-8553
E-mail:  shanenichols@mwe.com

*Counsel for Defendants BDO USA, LLP; Wesley Freeman; Scott Meier; Paul Davison; Jason Cuda; Anthony Reh; Peter Popo; Marc Davenport; and Johnson Wong.*

# **CERTIFICATE OF SERVICE**

This is to certify that on July 5, 2022, I served a true and correct copy of the NOTICE OF FILING NOTICE OF REMOVAL and Exhibits thereto via U.S. First Class Mail (with a courtesy copy via e-mail) to the following:

Raissa Djuissi Kengne
570 Piedmont Ave NE, # 55166
Atlanta, Georgia 30308
cianeseya2022@gmail.com
*Pro se Plaintiff*

Per counsel's consent, I emailed a copy of the foregoing to the following:

Mary M. Weeks
TROUTMAN PEPPER HAMILTON SANDERS LLP
600 Peachtree Street NE, Suite 3000
Atlanta, GA 30308
Telephone: 404-886-3000
mary.weeks@troutman.com
*Counsel for Atlanticus Holdings Corporation and Kas Naderi*

Stephen E. Hudson
Kilpatrick Townsend & Stockton LLP
1100 Peachtree Street NE, Suite 2800
Atlanta, GA  30309-4528
Telephone: 404-815-6356
shudson@kilpatricktownsend.com
*Counsel for Interface, Inc.*

Lawrence D. Swift
SPAR Group, Inc.
1910 Opdyke Court
Auburn Hills, MI 48326
Telephone: 212-704-6000
ldswift@sparinc.com
*Counsel for SPAR Group, Inc.*

William Daniel Davis
Ichter Davis, LLC
3340 Peachtree Rd NE #1530
Atlanta GA 30326
Telephone: 404-869-5261
ddavis@ichterdavis.com
*Counsel for Justin Mungal*

Kathryn S. ("Kate") Whitlock
Wood Smith Henning & Berman LLP
1230 Peachtree Street, NE, Suite 925
Atlanta, GA 30309
Telephone:  470-552-1172
E-mail:  kwhitlock@wshblaw.com
*Counsel for Finch McCranie,*
*Michael Sullivan and Walter Jospin*

Jason LoMonaco
Nowack Howard
One Alliance Center, Suite 1650,
3500 Lenox Road NE,
Atlanta GA 30326
Telephone: 770-863-8904
jason@nowackhoward.com
*Counsel for Beacon Management*
*Services, LLC, Lisa Simmons, Steven Weibel,*
*1280 West Condominium Association,*
*Michael Shinners, Michah Kurtzberg, Ronnie*
*Bridges, Brett Dettmering, Michael Shaffer*
*and Rohan Rupani*

John P. McDonald
Locke Lorde LLP
2200 Ross Ave #2800
Dallas, TX 75201
Telephone: 214-740-8758
jpmcdonald@lockelord.com
*Counsel for Biohorizons Implant Systems, Inc.*

This 5th day of July 2022.

                                                  */s/ Shane Nichols*
                                                  Shane Nichols (Georgia Bar No. 542654)