IN THE SUPERIOR COURT OF FULTON COUNTY
STATE OF GEORGIA

| | |
|---|---|
| RAISSA DJUISSI KENGNE, <br><br> Plaintiff, <br><br> v. <br><br> WESLEY FREEMAN, et al., <br><br> Defendants. | Civil Action File No. 2022CV365268 |

**ANSWER AND JURY DEMAND OF DEFENDANT JUSTIN MUNGAL**

For his Answer to *pro se* Plaintiff's 407-page shotgun pleading, Justin Mungal ("Defendant Mungal") alleges as follows:

**Answer**

Defendant Mungal lacks knowledge or information sufficient to admit or deny any of the allegations in the Complaint except as follows:

**Nos. 3, 18, 28, 496, 536, 576, 618, 663, 706, 752, 806, 860, 904, 949, 990, 1049, 1109, 1166, 1225, 1252, 1280, 1280, 1311, 1331, 1354:** Defendant Mungal admits he lives at 1280 West Peachtree St. NW, Unit 2108, adjacent to Plaintiff. Defendant Mungal denies telling Plaintiff that he worked for BDO USA, LLP ("BDO").

**Nos. 29 and 413:** Defendant Mungal admits a letter addressed to Plaintiff was mistakenly delivered to him and he in turn delivered same to Plaintiff. Defendant Mungal lacks knowledge or information as to the contents of the letter. Defendant Mungal denies any intimidation.

**Nos. 30 and 414:** Defendant Mungal admits offering to help Plaintiff. Defendant Mungal denies telling Plaintiff he worked at BDO, that he spied on Plaintiff, and that he broke into Plaintiff's unit. Defendant Mungal lacks knowledge or information sufficient to admit or deny Plaintiff's employment relationship with BDO.

**Nos. 31 and 416:** Defendant Mungal denies the allegations in Paragraph 31 of the Complaint.

**No. 116:** Defendant Mungal admits the allegations in Paragraph 116 of the Complaint.

**No. 117:** Defendant Mungal admits his LinkedIn profile identifies him as an information technology professional in the State of Georgia.  Defendant Mungal denies telling Plaintiff he worked for BDO.

**No. 118:** Defendant Mungal admits the allegations in Paragraph 118 of the Complaint.

**No. 379:** Defendant Mungal denies breaking into Plaintiff's house or being at all responsible for any such purported breakin(s).

**No. 412:** Defendant Mungal admits the allegations in Paragraph 412 of the Complaint.

**No. 415:** Defendant Mungal denies the allegations in Paragraph 415 of the Complaint.

**No. 417:** Defendant Mungal lacks knowledge or information sufficient to admit or deny if Plaintiff has called 911 and filed a report with the Atlanta Police Department.  Defendant Mungal denies the remaining allegations in Paragraph 417 of the Complaint.

**Prayer for Relief:** Defendant Mungal denies Plaintiff is entitled to any relief.

## Jury Demand

Defendant Mungal demands a trial by a jury of twelve (12) persons.

Dated: June 17, 2022.

>*/s/ William Daniel Davis*
>William Daniel Davis
>Georgia Bar No. 746811
>Ichter Davis LLC
>3340 Peachtree Road NE, Suite 1530
>Atlanta, Georgia 30326
>404.869.5261
>ddavis@ichterdavis.com
>
>Attorney for Defendant Mungal

**CERTIFICATE OF SERVICE**

I hereby certify I served a true and correct copy of the foregoing Answer and Jury Demand of Defendant Justin Mungal by emailing same as a .pdf file with the subject line STATUTORY ELECTRONIC SERVICE to cianeseya2022@gmail.com.

Dated: June 17, 2022.

                                                                  */s/ William Daniel Davis*
                                                                  William Daniel Davis