# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

|  |  |  |
|---|---|---|
| **RAISSA DJUISSI KENGNE** | ) | Case No. 1:22-cv-02653-SEG-CMS |
|  | ) |  |
| **Plaintiff,** | ) |  |
|  | ) |  |
| **v.** | ) |  |
|  | ) |  |
| **WESLEY FREEMAN,** *et al.,* | ) |  |
|  | ) |  |
| **Defendants.** | ) |  |

## <u>BDO USA, LLP'S MOTION TO DISMISS</u>

COMES NOW BDO USA, LLP, by and through its undersigned attorneys and pursuant to Rule 12(b) of the Federal Rules of Civil Procedure and other applicable law, respectfully moves this Court for an order dismissing Plaintiff's Complaint. This Motion is based on the allegations in Plaintiff's Complaint, the facts and law cited in the supporting Brief and exhibits filed contemporaneously herewith, and all other pleadings of record.

Respectfully submitted this 12th day of July, 2022.

/s/ A. Shane Nichols
A. Shane Nichols (Georgia Bar No. 542654)
McDermott Will & Emery LLP
1180 Peachtree Street, NE
Atlanta, GA 30309
Telephone: 404-260-8553
E-mail: shanenichols@mwe.com

1

Jonathan Henry (*pro hac vice*)
McDermott Will & Emery LLP
500 North Capitol Street, NW
Washington, DC 20001
Telephone:  202-756-8994
Email:  jhenry@mwe.com

Seth Friedman (*pro hac vice*)
McDermott Will & Emery LLP
One Vanderbilt Avenue
New York, NY 10017
Telephone: 212-547-5539
Email:  sfriedman@mwe.com

*Counsel for Defendant BDO USA, LLP*

2

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 5.1C

I hereby certify that the foregoing was prepared in Times New Roman 14-point font in conformance with Local Rule 5.1C.

/s/ A. Shane Nichols
A. Shane Nichols (Georgia Bar No. 542654)

## <u>CERTIFICATE OF SERVICE</u>

This is to certify that on this 12th day of July, 2022, I electronically filed the

foregoing with the clerk of court using the ECF system, which will automatically

send notification of such filing to all counsel of record and via U.S. First Class Mail

(with a courtesy copy via e-mail) to Plaintiff at the following address:

Raissa Djuissi Kengne
570 Piedmont Ave NE, # 55166
Atlanta, Georgia 30308
cianeseya2022@gmail.com

/s/ A. Shane Nichols
A. Shane Nichols (Georgia Bar No. 542654)
McDermott Will & Emery LLP
1180 Peachtree Street, NE
Atlanta, GA 30309
Telephone: 404-260-8553
E-mail: shanenichols@mwe.com