FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

JUL 25 2022

KEVIN P. WEIMER, Clerk
By: DT   Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| RAISSA DJUISSI KENGNE, | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| WESLEY FREEMAN; BDO USA, LLP; SCOTT | § | Civil Action File No. |
| MEIER; PAUL DAVISON; JASON CUDA; | § | 1:22-cv-02653-SEG-CMS |
| JUSTIN WILKES; ANTHONY REH; | § | |
| PETER POPPO; MARK DAVENPORT; | § | Related Case 2022CV365268 |
| JOHNSON WONG; JUSTIN MUNGAL, | § | |
| | § | |
| BEACON MANAGEMENT SERVICES, LLC; | § | |
| LISA SIMMONS; STEVEN WEIBEL; | § | |
| 1280 WEST CONDOMINIUM ASSOCIATION; | § | |
| MICHAEL SHINNERS; MICAH KURTZBERG; | § | |
| RONNIE BRIDGES; BRETT DETTMERING; | § | |
| MICHAEL SHAFFER; ROHAN RUPANI, | § | |
| | § | |
| FINCH MCCRANIE; | § | |
| MICHAEL SULLIVAN; WALTER JOSPIN, | § | |
| and | § | |
| INTERFACE, INC.; | § | |
| ATLANTICUS HOLDINGS CORPORATION; | § | |
| SPAR GROUP, INC. (NMS SPAR); | § | |
| BIOHORIZONS IMPLANT SYSTEMS, INC. | § | |
| (an Henry Schein Subsidiary); KAS NADERI, | § | |
| | § | |
| Defendants. | § | JURY TRIAL DEMANDED |

# PLAINTIFF'S MOTION TO STAY ALL MOTIONS TO DISMISS UNTIL THE UNITED STATES DISTRICT COURT RULES ON PLAINTIFF'S MOTION TO REMAND

For the reasons set forth in the accompanying Motion to Remand and Brief in support of the motion for remand, Defendant Raissa Djuissi Kengne moves the United States District Court Northern District Georgia, Atlanta Division, for the entry of an order staying a ruling on the Motion to Dismiss filed by any of the twenty-nine (29) defendants in the case (the " Defendants' Motions to Dismiss").

Should the Court deny the two (2) motions submitted by Plaintiff:

1. Plaintiff's Motion to Remand and
2. Plaintiff's Motion To Stay All Motions To Dismiss until the Court rules on Plaintiff's Motion To Remand,

in whole or in part, Plaintiff respectfully requests the Court to extend the time to file a Response to all Defendants' Motions to Dismiss until 30 days after the Court's final ruling on 1) Plaintiff's Motion to Remand and 2) Plaintiff's Motion To Stay All Motions To Dismiss until the Court rules on Plaintiff's Motion To Remand.

A proposed Order is attached for the Court's convenience.

## CERTIFICATION

Under Federal Rule of Civil Procedure 11, I certify to the best of my knowledge, information, and belief that the Notice of Motion to Remand, the Motion to Remand, the accompanying Brief, and any other documents filed by me: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by

existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the filings otherwise comply with the requirements of Rule 11.

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Dated: July 22nd, 2022

Respectfully submitted,

Raissa Djuissi Kenghe
Pro Se

Physical Address:
1280 W. Peachtree ST NW. Unit 2109
Atlanta, GA 30309

Telephone: (404) 932-1561
Email: cianeseya2022@gmail.com

Mailing Address:
570 Piedmont Ave. NE #55166
Atlanta, GA 30308

Jocelyn Algarin
NOTARY PUBLIC
Cobb County, GEORGIA
My Commission Expires 03/08/2026

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on July 25th, 2022, all counsel of record who are deemed to have consented to electronic service are being served a true and correct copy of the foregoing document using the Court's CM/ECF system, in compliance with Local Rules, by mailing the same, certified mail with return receipt, to all counsel, and to the email addresses provided by Defendants' attorney to wit:
Defendants' attorney's names and addresses

Shane Nichols McDermott Will & Emery LLP 1180 Peachtree Street, NE Atlanta, GA 30309 Telephone: 404-260-8553 E-mail: shanenichols@mwe.com
Counsel for Defendants BDO USA, LLP, Wesley Freeman, Scott Meier, Paul Davison, Jason Cuda, Justin Wilkes, Anthony Reh, Peter Popo, Marc Davenport, Johnson Wong.

Kathryn S. ("Kate") Whitlock Wood Smith Henning & Berman LLP 1230 Peachtree Street, NE, Suite 925 Atlanta, GA 30309 Telephone: 470-552-1172 E-mail: kwhitlock@wshblaw.com
Counsel for Finch McCranie, Michael Sullivan and Walter Jospin

Jason LoMonaco Nowack Howard One Alliance Center, Suite 1650, 3500 Lenox Road NE, Atlanta GA 30326 Telephone: 770-863-8904 E-mail: jason@nowackhoward.com Counsel for Beacon Management Services, LLC, Lisa Simmons, Steven Weibel, 1280 West Condominium Association, Michael Shinners, Michah Kurtzberg, Ronnie Bridges, Brett Dettmering, Michael Shaffer and Rohan Rupani

Mary M. Weeks Troutman Sanders LLP 600 Peachtree Stree, NE Suite 5200 Atlanta, Georgia 30308-2216 Telephone: 404-886-3000 E-mail: mary.weeks@troutman.com
Counsel for Atlanticus Holdings Corporation and Kas Naderi.

John P. McDonald Locke Lorde LLP 2200 Ross Ave #2800 Dallas, TX 75201 Telephone: 214-740-8758 E-mail: jpmcdonald@lockelord.com
Counsel for BioHorizons Implant Systems, Inc.

Stephen E. Hudson Kilpatrick Townsend & Stockton LLP 1100 Peachtree Street NE, Suite 2800 Atlanta, GA 30309-4528 Telephone: 404-815-6356 E-mail: shudson@kilpatricktownsend.com
Counsel for Interface, Inc.

Lawrence D. Swift SPAR Group, Inc. 1910 Opdyke Court Auburn Hills, MI 48326 Telephone: 212-704-6000 E-mail: ldswift@sparinc.com
General Counsel, SPAR Group, Inc.

William Daniel Davis Ichter Davis, LLC 3340 Peachtree Rd NE #1530 Atlanta GA 30326 Telephone: 404-869-5261 E-mail: ddavis@ichterdavis.com
Counsel for Justin Mungal

Respectfully submitted,

*(signature)*

Raissa Djuissi Kengne
Pro Se

Mailing Address:
570 Piedmont Ave. NE #55166
Atlanta, GA 30308
Email: cianeseya2022@gmail.com
Telephone: (404) 932-1561

Physical Address:
1280 W. Peachtree ST NW. Unit 2109
Atlanta, GA 30309