FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

AUG 16 2022

KEVIN P. WEIMER, Clerk
By: _____ Deputy Clerk

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| RAISSA DJUISSI KENGNE, § <br> Plaintiff, § <br> § <br> v. § <br> WESLEY FREEMAN; BDO USA, LLP; SCOTT § <br> MEIER; PAUL DAVISON; JASON CUDA; § <br> JUSTIN WILKES; ANTHONY REH; § <br> PETER POPPO; MARK DAVENPORT; § <br> JOHNSON WONG; JUSTIN MUNGAL, § <br> § <br> BEACON MANAGEMENT SERVICES, LLC; § <br> LISA SIMMONS; STEVEN WEIBEL; § <br> 1280 WEST CONDOMINIUM ASSOCIATION; § <br> MICHAEL SHINNERS; § <br> § <br> MICAH KURTZBERG; RONNIE BRIDGES; § <br> BRETT DETTMERING; MICHAEL SHAFFER; § <br> ROHAN RUPANI, § <br> § <br> FINCH MCCRANIE; § <br> MICHAEL SULLIVAN; WALTER JOSPIN, § <br> and § <br> § <br> INTERFACE, INC.; § <br> ATLANTICUS HOLDINGS CORPORATION; § <br> SPAR GROUP, INC. (NMS SPAR); § <br> BIOHORIZONS IMPLANT SYSTEMS, INC. § <br> (an Henry Schein Subsidiary); KAS NADERI, § <br> Defendants. § | Civil Action File No. <br> 1:22-cv-02653-SEG-CMS <br><br> (Related Case: <br> 2022CV365268) <br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br> JURY TRIAL DEMANDED |

## PLAINTIFF'S NOTICE OF APPEAL

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

AUG 16 2022

KEVIN P WEIMER, Clerk
By: _____ Deputy Clerk

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| RAISSA DJUISSI KENGNE, Plaintiff, | § § § |
| v. | § |
| WESLEY FREEMAN; BDO USA, LLP; SCOTT MEIER; PAUL DAVISON; JASON CUDA; JUSTIN WILKES; ANTHONY REH; PETER POPPO; MARK DAVENPORT; JOHNSON WONG; JUSTIN MUNGAL, | § Civil Action File No. § 1:22-cv-02653-SEG-CMS § § (Related Case: § 2022CV365268) |
| BEACON MANAGEMENT SERVICES, LLC; LISA SIMMONS; STEVEN WEIBEL; 1280 WEST CONDOMINIUM ASSOCIATION; MICHAEL SHINNERS; | § § § § § |
| MICAH KURTZBERG; RONNIE BRIDGES; BRETT DETTMERING; MICHAEL SHAFFER; ROHAN RUPANI, | § § § |
| FINCH MCCRANIE; MICHAEL SULLIVAN; WALTER JOSPIN, and | § § § |
| INTERFACE, INC.; ATLANTICUS HOLDINGS CORPORATION; SPAR GROUP, INC. (NMS SPAR); BIOHORIZONS IMPLANT SYSTEMS, INC. (an Henry Schein Subsidiary); KAS NADERI, Defendants. | § § § § § § JURY TRIAL DEMANDED |

## PLAINTIFF'S NOTICE OF APPEAL

NOTICE is hereby given that Plaintiff Raissa Djuissi Kengne appeals as of right to the United States Court of Appeals for the Federal Circuit from the Report and Recommendation and order of Judge Catherine M. Salinas:

- ORDER entered on July 25th, 2022 and filed on July 26th, 2022 to the extent that it DIRECTED AND ORDERED Clerk to STRIKE Plaintiff's original complaint from the docket [Doc. 1-1 J as a prohibited shotgun complaint.

- ORDER entered on July 25th, 2022 and filed on July 26th, 2022, to the extent that it DENIED Plaintiff's motion to remand her case to state court;

- ORDER entered on July 25th, 2022 and filed on July 26th, 2022 to the extent that it DENIED Plaintiff's motion to stay all motions to dismiss until the Court rules on Plaintiff's motion to remand. [Docs. 30, 3 1].

## CERTIFICATION

Under Federal Rule of Civil Procedure 11, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

I agree to provide the Clerk's Office with any changes to my address where case related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

(Signature page follows)

Dated: August 12th, 2022

Respectfully submitted,

*[signature]*

Raissa Djuissi Kengne
Pro Se

Physical Address:
1280 W. Peachtree ST NW.,
Unit 2109
Atlanta, GA 30309
Email: cianeseya2022@gmail.com
Telephone:(404)932-1651

Mailing Address:
570 Piedmont Ave. NE,
#55166
Atlanta, GA 30308

State of Georgia
County of Fulton

This instrument was acknowledged before me this 15th day of August (month), 2022 (year), by Raissa Djuissi Kengne (name of signer).

✓ Personally Known
✓ Produced Identification

Type and # of ID __Driver's License No. 055491430__

(Seal)

Jocelyn Algarin
NOTARY PUBLIC
Cobb County, GEORGIA
My Commission Expires 03/08/2026

*[signature]*
(Signature Notary)

Jocelyn Algarin
Name of Notary Typed, Stamped or Printed
Notary Public, State of Georgia

Page 4 of 8

# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| RAISSA DJUISSI KENGNE, | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| WESLEY FREEMAN; BDO USA, LLP; SCOTT | § | Civil Action File No. |
| MEIER; PAUL DAVISON; JASON CUDA; | § | 1:22-cv-02653-SEG-CMS |
| JUSTIN WILKES; ANTHONY REH; | § | |
| PETER POPPO; MARK DAVENPORT; ET. AL. | § | (Related Case: |
| | § | 2022CV365268) |
| Defendants. | § | JURY TRIAL DEMANDED |

## CERTIFICATE OF COMPLIANCE

I hereby certify that the foregoing document was prepared with one of the font and point selections approved by the Court in LR 5.1B: Times New Roman 14.

Dated: August 12th, 2022

Respectfully submitted,

*Kngne*

Raissa Djuissi Kengne
Pro Se

Physical Address:                    Mailing Address:
1280 W. Peachtree ST NW.,            570 Piedmont Ave. NE,
Unit 2109                            #55166
Atlanta, GA 30309                    Atlanta, GA 30308
Email: cianeseya2022@gmail.com
Telephone:(404)932-1651

# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| RAISSA DJUISSI KENGNE, § | |
| Plaintiff, § | |
| § | |
| v. § | |
| WESLEY FREEMAN; BDO USA, LLP; SCOTT § | Civil Action File No. |
| MEIER; PAUL DAVISON; JASON CUDA; § | 1:22-cv-02653-SEG-CMS |
| JUSTIN WILKES; ANTHONY REH; § | |
| PETER POPPO; MARK DAVENPORT; ET. AL. § | (Related Case: |
| § | 2022CV365268) |
| Defendants. § | JURY TRIAL DEMANDED |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on August 12th, 2022, all counsel of record who are deemed to have consented to electronic service are being served a true and correct copy of the foregoing document using the Court's CM/ECF system, in compliance with Local Rules, by mailing the same, certified mail with return receipt, to all counsel, to wit:

Defendants' attorney's names and addresses

| | | |
|---|---|---|
| Shane Nichols McDermott Will & Emery LLP 1180 Peachtree Street, NE Atlanta, GA 30309 Telephone: 404-260-8553 E-mail: | Kathryn S. ("Kate") Whitlock Wood Smith Henning & Berman LLP 1230 Peachtree Street, NE, Suite 925 Atlanta, GA 30309 Telephone: 470-552- | Jason LoMonaco Nowack Howard One Alliance Center, Suite 1650, 3500 Lenox Road NE, Atlanta GA 30326 Telephone: 770-863-8904 E-mail: |

| | | |
|---|---|---|
| shanenichols@mwe.com<br><br>Counsel for Defendants BDO USA, LLP, Wesley Freeman, Scott Meier, Paul Davison, Jason Cuda, Justin Wilkes, Anthony Reh, Peter Popo, Marc Davenport, Johnson Wong. | 1172 E-mail: kwhitlock@wshblaw.com<br><br>Counsel for Finch McCranie, Michael Sullivan and Walter Jospin | jason@nowackhoward.com<br><br>Counsel for Beacon Management Services, LLC, Lisa Simmons, Steven Weibel, 1280 West Condominium Association, Michael Shinners, Micah Kurtzberg, Ronnie Bridges, Brett Dettmering, Michael Shaffer and Rohan Rupani |
| Mary M. Weeks<br>Troutman Sanders LLP 600 Peachtree Street, NE Suite 5200 Atlanta, Georgia 30308-2216 Telephone: 404-886-3000 E-mail: mary.weeks@troutman.com<br><br>Counsel for Atlanticus Holdings Corporation and Kas Naderi. | John P. McDonald<br>Locke Lorde LLP 2200 Ross Ave #2800 Dallas, TX 75201 Telephone: 214-740-8758 E-mail: jpmcdonald@lockelord.com<br><br>Counsel for BioHorizons Implant Systems, Inc. | Stephen E. Hudson<br>Kilpatrick Townsend & Stockton LLP 1100 Peachtree Street NE, Suite 2800 Atlanta, GA 30309-4528 Telephone: 404-815-6356 E-mail: shudson@kilpatricktownsend.com<br><br>Counsel for Interface, Inc. |
| Lawrence D. Swift<br>SPAR Group, Inc.<br>1910 Opdyke Court | | William Daniel Davis<br>Ichter Davis, LLC 3340 Peachtree Rd NE #1530 |

Auburn Hills, MI 48326
Telephone: 212-704-6000
E-mail: ldswift@sparinc.com

General Counsel, SPAR Group, Inc.

Atlanta GA 30326
Telephone: 404-869-5261
E-mail: ddavis@ichterdavis.com

Counsel for Justin Mungal

Respectfully submitted,

*[signature]*

Raissa Djuissi Kengne
Pro Se

Mailing Address:
570 Piedmont Ave. NE
#55166
Atlanta, GA 30308
Telephone: (404) 932-1561

Physical Address:
1280 W. Peachtree ST NW.
Unit 2109
Atlanta, GA 30309
cianeseya2022@gmail.com