**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**2211 UNITED STATES COURTHOUSE**
**75 TED TURNER DRIVE, SW**
**ATLANTA, GEORGIA 30303-3318**
www.gand.uscourts.gov

| | |
|---|---|
| KEVIN P. WEIMER<br>DISTRICT COURT EXECUTIVE<br>AND CLERK OF COURT | DOCKETING SECTION<br>404-215-1655 |

August 18, 2022

**Raissa Djuissi Kengne**
570 Piedmont Ave NE
#55166
Atlanta, GA 30308

Re:   Raissa Djuissi Kengne v. Wesley Freeman, et al.
        Civil Action No.: 1:22-cv-2653-SEG

Dear Ms. Kengne:

On August 16, 2022, we received and filed your Notice of Appeal for the above case. Please be advised that we did not receive the following:

__X__   Appeal fee $505.00 (Docketing fee $500.00 and Filing fee $5.00)

__X__   Application to proceed on appeal in forma pauperis.

_____   Please complete the attached appeal information sheet as directed.

Sincerely,

Kevin P. Weimer
District Court Executive
and Clerk of Court

By:   /s/ Ms. Carter
        Deputy Clerk

cc:  USCA