# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 22-12813

_____

RAISSA DJUISSI KENGNE,

Plaintiff-Appellant,

*versus*

WESLEY FREEMAN,
BDO USA, LLP,
SCOTT MEIER,
PAUL DAVISON,
JASON CUDA, et al.,

Defendants-Appellees.

_____

Appeal from the United States District Court
for the Northern District of Georgia

2                        Order of the Court                    22-12813

D.C. Docket No. 1:22-cv-02653-SEG-CMS

_____

Before WILSON and GRANT, Circuit Judges.

BY THE COURT:

The motion to reinstate filed by the Appellant(s) is hereby GRANTED. The parties have 14 days after the date of this order to file a notice with the Clerk specifying which motions mooted by the dismissal of this appeal, if any, are to be renewed. The time for filing a response to any renewed motion runs from the date the opposing party's notice is docketed. Parties seeking to renew a motion after the 14-day renewal period expires will be required to re-file the motion.

# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

August 06, 2024

Clerk - Northern District of Georgia
Richard B. Russell Bldg & US Courthouse
2211 UNITED STATES COURTHOUSE
75 TED TURNER DR SW
STE 2211
ATLANTA, GA 30303-3309

Raissa Djuissi Kengne
570 PIEDMONT AVE NE #55166
ATLANTA, GA 30308

Appeal Number:  22-12813-J
Case Style:  Raissa Kengne v. Wesley Freeman, et al
District Court Docket No:  1:22-cv-02653-SEG-CMS

The referenced appeal was dismissed.

Enclosed herewith is a copy of this court's order reinstating the appeal.

The parties have 14 days from the date of this order to file a notice with the Clerk specifying which motions mooted by the dismissal of this appeal, **if any**, are to be renewed. The time for filing a response to any renewed motion runs from the date the opposing party's notice is docketed. Parties seeking to renew a motion after the 14-day renewal period expires will be required to refile the motion.

Clerk's Office Phone Numbers

| | | | |
|---|---|---|---|
| General Information: | 404-335-6100 | Attorney Admissions: | 404-335-6122 |
| Case Administration: | 404-335-6135 | Capital Cases: | 404-335-6200 |
| CM/ECF Help Desk: | 404-335-6125 | Cases Set for Oral Argument: | 404-335-6141 |

REINST-1 Court Order Reinstatement