# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

February 26, 2025

MEMORANDUM TO COUNSEL OR PARTIES

Appeal Number:  23-10949-D
Case Style:  Raissa Kengne v. Wesley Freeman, et al
District Court Docket No:  1:22-cv-02653-SEG

The enclosed order has been ENTERED.

Electronic Filing
All counsel must file documents electronically using the Electronic Case Files ("ECF") system, unless exempted for good cause. Although not required, non-incarcerated pro se parties are permitted to use the ECF system by registering for an account at www.pacer.gov. Information and training materials related to electronic filing are available on the Court's website.

Clerk's Office Phone Numbers
General Information:    404-335-6100      Attorney Admissions:        404-335-6122
Case Administration:   404-335-6135      Capital Cases:              404-335-6200
CM/ECF Help Desk:      404-335-6125      Cases Set for Oral Argument: 404-335-6141

MOT-2 Notice of Court Action

In the

# United States Court of Appeals

## For the Eleventh Circuit

_____

No. 23-10949

_____

RAISSA DJUISSI KENGNE,

Plaintiff-Appellant,

*versus*

WESLEY FREEMAN,
BDO USA, LLP,
SCOTT MEIER,
PAUL DAVISON,
JASON CUDA, et al.,

Defendants-Appellees.

_____

Appeal from the United States District Court
for the Northern District of Georgia

2                   Order of the Court                   23-10949

D.C. Docket No. 1:22-cv-02653-SEG

_____

Before NEWSOM and LAGOA, Circuit Judges.

BY THE COURT:

Appellees' motions to adopt responses are GRANTED. Appellant's motion to reinstate this appeal is DENIED.